AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Juana LUCAS-Perez<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:19mj 225 LRA<br>)<br>)<br>)<br>) |

*Filed: AUG 15 2019, Southern District of Mississippi*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 7, 2019__ in the county of __Leake__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a)(1)& (2) | Illegal Reentry |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brent Druery, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/15/2019

_____
Judge's signature

City and state: Jackson, Mississippi

Linda R. Anderson  United States Magistrate Judge
*Printed name and title*



## AFFIDAVIT FOR PROBABLE CAUSE FOR A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Juana LUCAS-Perez, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Juana LUCAS-Perez for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

### PROBABLE CAUSE

3. On August 7, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Pearl River Foods, 1012 Progress Drive, Carthage, Mississippi 39051, ICE officials encountered Juana LUCAS-Perez (Alien # XXXXX8581), an illegal alien from Guatemala. Record checks for LUCAS-Perez revealed three prior encounters with U.S. immigration officials. On or about April 20, 2010, LUCAS-Perez was encountered by U.S. immigration officials near Mission,

Texas, and was processed as an Expedited Removal. She was thereafter removed to Guatemala from San Antonio, Texas, on or about May 14, 2010. On or about August 14, 2010, LUCAS-Perez was encountered a second time by U.S. immigration officials in Arizona and was processed as a Re-instate due to her previous removal. She was thereafter removed to Guatemala from Phoenix, Arizona, on or about August 31, 2010. On or about December 30, 2012, LUCAS-Perez was encountered a third time by U.S. immigration officials in Arizona, and was processed again as a Re-instate. She was thereafter removed to Guatemala from Phoenix, Arizona, on or about January 15, 2013. Queries within ICE databases revealed Juana LUCAS-Perez has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

5.  Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Juana LUCAS-Perez, is a citizen and national of Guatemala, who reentered and was found in the United States after deportation and removal without having first obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this ___15th___ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE